JAMES F. BYRNES, as Administrator of the Estate of PETER BYRNES, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Byrnes* v. *N. Y. C. & H. R. R. R. Co.*, 129 App. Div. 903, affirmed.
(Argued March 23, 1910; decided April 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1909, modifying and affirming as modified a judgment in favor of plaintiff and affirming an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through the negligence of defendant.

*Martin Gilligan* and *Charles C. Paulding* for appellant.

*George B. Hayes* and *Henry L. Scheuerman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.